JOHN B. LYNCH, Appellant, *v.* W. FRAZER GIBSON et al., Individually and as Copartners under the Name of EDEY & GIBSON, Defendants, and RAYMOND T. FISH, Respondent.

Argued October 12, 1938; decided November 22, 1938.

*William S. Bennet, Victor House* and *Samuel H. Levin-kind* for appellant.

*Nathan Coplan* and *Barney B. Fensterstock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.